UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5 AM 6: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ANDRE TURNER, )
)
    Plaintiff, )
)
v. ) CASE NO. 03-cv-2958-Ma/P
)
COCA-COLA BOTTLING COMPANY )
OF MEMPHIS, )
)
    Defendant. )
)

## ORDER

Before the Court is Defendant's motion to refer the instant case to mediation, pursuant to Local Rule 16.1(e). After a full consideration of the motion, it is hereby

ORDERED that Defendant's motion is GRANTED. This matter is hereby referred to Magistrate Judge Tu M. Pham for mediation on May 6, 2005, or at such other date as the parties and Magistrate Judge Pham shall agree.

This 4th day of May, 2005.

_____
U.S. DISTRICT JUDGE
SAMUEL H. MAYS, JR.

2102698_1.DOC

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02958 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Felicia Vannette Eafen
1480 Hester Rd.
Apt. #6
Memphis, TN 38116

C. Maury Nicely
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

David B. Kesler
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT