SV-47205-C03213

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANDRE TURNER,

     Plaintiff,

v.

                                     NO. 03-2958 Ma/P

COCA-COLA BOTTLING COMPANY OF MEMPHIS,

     Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

In this cause, it appearing from the statements of counsel for the respective parties that the matters and things in controversy have been compromised and settled, and that this cause may be dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED AND ORDERED BY THE COURT, by and with the consent of the parties, that this cause be, and the same is hereby, dismissed, with prejudice, and the clerk's statutory costs of the cause are adjudged against the defendant, for which execution may issue if necessary.

JUDGE _____

DATE: July 3, 2005

APPROVED:

Webb Brewer
Attorney for Plaintiff
109 North Main St., Suite 200
Memphis, TN 38103

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6/6/05_

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL

Stephen W. Vescovo (7246)
Attorney for Defendant
2900 One Commerce Sq.
40 S. Main
Memphis, TN  38103

Maury Nicely
Attorney for Defendant
Suite 1000 Volunteer Bldg.
832 Georgia Ave.
Chattanooga, TN  37402-2289
423/785-8407

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02958 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Felicia Vannette Eafen
1480 Hester Rd.
Apt. #6
Memphis, TN 38116

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

C. Maury Nicely
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

David B. Kesler
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT