IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 10 PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

ANDRE TURNER,

    Plaintiff,

VS.                                   NO. 2:03cv2958-Ma

COCA-COLA BOTTLING COMPANY
OF MEMPHIS,

    Defendant.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Consent Order of Dismissal With Prejudice docketed June 9, 2005.  The clerk's statutory costs are adjudged against the defendant.

APPROVED: _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July 10, 2005
_____
DATE

ROBERT R. DI TROLIO

_____
CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02958 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Felicia Vannette Eafen
1480 Hester Rd.
Apt. #6
Memphis, TN 38116

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

C. Maury Nicely
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

David B. Kesler
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT